UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NELSON SILVERIO,

Defendant.

22-CR-15 (PKC)

ORDER

CASTEL, U.S.D.J.:

The Court finds, based on clear and convincing evidence, that there are no conditions or combination of conditions that will reasonably assure the safety of persons in the community other than the defendant. The Court also finds, based on a preponderance of the evidence, that there are no conditions or combination of conditions that will reasonably assure the presence of the defendant at future proceedings when required. This finding is based on the strength of the evidence, the extreme violence manifested by the shootings, the length of the possible sentence faced by the defendant, the defendant's access to firearms, the defendant's threats made to others via phone calls while he was detained, the defendant's past use of an alias, the defendant's past failure to appear for a court appearance, and other facts more fully set forth in the transcript of the bail hearing that took place today on February 4, 2022.

Accordingly, the defendant's application for release on bail is DENIED.

SO ORDERED.

Dated: February 4, 2022
       New York, New York

P. Kevin Castel
United States District Judge