UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    S1 22 CR 15 (PKC)

        -against-                                          ORDER

NELSON SILVERIO,

                          Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The TIME for the sentencing scheduled on June 6, 2023 is moved to 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                            P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       April 20, 2023